UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>      v.<br><br>AUSTIN LLOYD KERNS,<br><br>                           Defendant. | CASE NO. 1:24-CR-00308-KES-BAM<br><br>ORDER UNSEALING INDICTMENT |

    Good cause due to the defendant; pending appearance and arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the case against the above-captioned defendant only, be unsealed. It is further ordered that the redacted copy of the Indictment attached to the government's motion to unseal the Indictment be filed on the public docket.

IT IS SO ORDERED.

Dated: __December 20, 2024__

_____
STANLEY A. BOONE
United States Magistrate Judge