UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AUSTIN LLOYD KERNS, AND<br>LAKOTA TEHYA WAKLEY,<br><br>  Defendants. | CASE NO. 1:24-CR-00308-KES-BAM<br><br>ORDER UNSEALING INDICTMENT |

In light of the defendants' pending appearance and arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the case against the above-captioned defendants be unsealed.

DATED: 1/15/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE