MICHELE BECKWITH
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN LLOYD KERNS,<br><br>Defendant. | CASE NO. 1:24-CR-00308-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 11, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 11, 2025.

2. By this stipulation, defendant now moves to continue the status conference until August 13, 2025, and to exclude time between June 11, 2025, and August 13, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, ammunition, and digital forensic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

 b) The parties are in the midst of discussing a potential plea agreement resolving the

case. Counsel for defendant desires additional time to consult with his client, to review the current charges, conduct investigation and research related to those charges, discuss potential resolutions with his client.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2025 to August 13, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 4, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ CALVIN LEE<br>CALVIN LEE<br>Assistant United States Attorney |
| Dated: June 4, 2025 | /s/ John F. Garland<br>John F. Garland<br>Counsel for Defendant<br>AUSTIN LLOYD KERNS |

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

# ORDER

IT IS SO ORDERED that the status conference is continued from June 11, 2025, to **August 13, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __June 4, 2025__          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE